UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DIRECTV, Inc.,

                          Plaintiff,

        - against -                                5:03-CV-1107
                                                        (NAM/DEP)
CLAIRE JESEO and DAVID MOREL,

                        Defendants.

_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| FOR THE PLAINTIFF: | |
| GARVEY, SCHUBERT LAW FIRM<br>599 Broadway<br>8th Floor<br>New York, NY 10012-3235 | DANIEL JACOBSON, ESQ. |
| FOR DEFENDANT JESEO: | |
| OFFICE OF KEVIN GUYETTE<br>The Press Building - Suite 1101<br>19 Chenango Street<br>Binghamton, NY 13901 | KEVIN F. GUYETTE, ESQ. |

NORMAN A. MORDUE, DISTRICT JUDGE

<u>ORDER</u>

     Plaintiff having moved for voluntary dismissal of the above action against defendant Claire Jeseo with prejudice and counsel for defendant Jeseo having submitted papers in support of plaintiff's application; and counsel for defendant Jeseo having requested an award of attorneys fees pursuant to Fed. R. Civ. P. 11 in said supporting papers without having made properly a motion demanding such relief and the Court finding that both parties acquiesce to the

relief sought in the present motion properly made before the Court; it is hereby

ORDERED, that plaintiff's motion for voluntary dismissal of the complaint against the defendant Claire Jeseo is GRANTED; and it is further

ORDERED, that should defendant Jeseo wish to move the Court for further relief in connection with an award of attorneys fees, she should make a proper motion in accordance with the Fed. R. Civ. P. and the Local Rules of this Court.

IT IS SO ORDERED.

Dated: September 30, 2005
Syracuse, New York

Norman A. Mordue
U.S. District Judge